UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO TINEO-SANTOS,

                         Plaintiff,

-against-

ALEXANDER MARTIN DUDELSON,

                         Defendant.

22-CV-10170 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, acting *pro se*, brings this action styled as a "complaint against attorney." (ECF 1 at 1.) By order dated December 5, 2022, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* (IFP) and prisoner authorization, or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint.

    In response, Plaintiff submitted a letter indicating that he intended to submit an attorney grievance under Local Rule 1.5 against attorney Alexander Dudelson – not a civil action. Accordingly, because Plaintiff states that he did not intend to bring a civil action, the Court directs the Clerk of Court (1) to transmit the "complaint against attorney" (ECF 1) to the Grievance Clerk for further action; and (2) to administratively close this action as opened in error.

SO ORDERED.

Dated:    January 3, 2023
              New York, New York

                                              /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                            Chief United States District Judge